NUMBER 13-00-288-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


RICARDO ENRIQUE HERNANDEZ
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 197th District Court 


of Cameron County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and

Rodriguez

Opinion Per Curiam



 Appellant, RICARDO ENRIQUE HERNANDEZ, perfected an appeal
from a judgment entered by the 197th District Court of Cameron
County, Texas, in cause number 99-CR-439-C. Appellant has filed a
motion to dismiss the appeal. The motion complies with Tex. R. App. P.
42.2(a).

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's
motion to dismiss the appeal is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 17th day of August, 2000.